145.   MULLENHOFF Y KORBER *v.* ARGUESO ET AL.—Apelación procedente de la Corte de Distrito de Humacao.   Resuelto en Mayo 19, 1904.   Desestimada á instancia de la parte apelante.   Abogado del apelante: *Sr. Díaz Navarro.*

No. 55.   AMILL *v.* SANCHEZ ECHALECU Y CA.—Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Mayo 23, 1904.   Desistido á instancia de la parte apelante. Abogado del apelante: *Sr. Vazquez (Fernando).*

85.   BORRÁS *v.* SUCESIÓN NICOLAU.—Apelación procedente de la Corte de Distrito de Humacao.   Resuelto en Mayo 24, 1904.   Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. López Landrón.*

No. 25.   ACOSTA *v.* COMAS.—Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Mayo 31, 1904. Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr. Alvarez Nava.*

No. 34.   BORRÁS *v.* AGUAYO.—Apelación procedente de la Corte de Distrito de San Juan.   Resuelto en Junio 6, 1904. Desistido á instancia de la parte apelante.   Abogado del apelante: *Sr López Gaztambide.*